In The Criminal Court Of Appeals Austin, Texas
or The Supreme Court Of Texas

81.29002

WELDON BRIDGES
Appellant

vs.

159th District Court
Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

Motion For Leave To File:
Application For Writ Of Mandamus
Case No. _____

From: Second Administrative Judicial
Region Of Texas, Conroe

159th District Court Of
Angelina County, Texas
Trial Cause No. CR-27979-A

1. Motion For Leave To File:
Application For Writ Of Mandamus

This document contains some
pages that are of poor quality
at the time of imaging.

Motion For Leave To File: Application For Writ of
Mandamus
In The Criminal Court Of Appeals, Texas
Or The Supreme Court Of Texas
In re:                    § Second Administrative Judicial
    WELDON BRIDGES        § Region Of Texas
                          § 159th District Court

Application For Writ Of Mandamus

To The Honorable Justices Of Said Court:
    Comes Now Weldon Bridges, Relator, Pro se in the
above styled and numbered cause, to file this Motion
For Leave To File: Application For Writ Of Mandamus,
pursuant to A Notice Of Appeal being timely filed
upon Denied Order at Second Administrative Judicial
Region and no reply from the Clerk upon 45 days
to proceed, to perfect appeal after notice.
    A relator challenging the denial of a Recusal
Motion ordinarily has an adequate remedy by appeal
of the denial of a motion to recuse. However, man-
damus relief is available when a judge violates a
mandatory statutory duty either to recuse or refer
a motion to recuse. In re: Norman, 191 S.W. 3d 858
(Tex. App- Houston [14th Dist.] 2006); Vern. Ann. Tex. R. Civ. Proc.
Rule 18(a)(f); Texas Gov. Code 74.059(c)(3), 74.053(b)
                        I.
    WELDON BRIDGES T.D.C.J.-ID No. 1585306 is presently
incarcerated in Texas Dept. Of Crim. Justice is appearing pro se,
and can be located at the Nathaniel J. Neal Unit located in
Potter County, at 9055 Spur 591 Amarillo, Texas 79107.

1.

The act sought to be compelled is minsterial and not discretionary. The Relator filed a Notice of Appeal within (Vern. Ann. Tex. Gov. Code 74.053 recusal or disqualification of a trial judge [Paul E. White] 159th District Court).

Appeal transcended at a Denied Order from the Second Administrative Judicial Region of Texas Acting Judge Olen Underwood. Applicant/Relator timely filed notice of appeal on July 27, 2015, and has received no response from clerk (of 2nd Admin. Region of Tex., Admin. Assistant's, nor Trial Court Clerk, in the time required by law.

## II.

The respondent, clerk of 2nd Admin. Jud. Region, Admin. Assistant's; or trial court clerk, in his/her official capacity as clerk of the appropriate Court, has a duty to receive and file all papers and notify all parties of action taken in a [civil] action within a criminal cause.

## III.

As of this date and beyond the time prescribed by law, 30 days, 15 days response, Also to certify and finding[s] that where made concerning said appeal, if no issue, appeal must forward to the appropriate court for review. Thus, denying relator due process of law.

## VI.

Relator gives extraordinary circumstances at this time for consideration:

1. Relator is a layman, nor a professional officer at the compulsory process of law, or appellate review.

2.

2. Relator only listed a "continuing objection" at Article 11.07 Tex. Code Of Crim. Proc. Habeas Corpus filing to protect his rights, and the 159th District Court Officer (Paul E. White) increased the issued objection to a recusal level.

3. Relator is indigent, depending on T.D.C.J.-Indigent Supplies [that are short and difficult too accuire] Also T.D.C.J. Neal Unit Law Library is very limited inreguards to Judicial /Goverment / Civil Compulsory / Appellate Review information.

With proper order and judicial economy [SEE: Writ Of Quo Warranto (filed 8/4/2015)] to resolve this matter. Relator ask to have the 217th Judicial District Court [Barry Bryan] to Hold All Hearings within the following ShowCause of <u>Cause No. CR-27979-A</u> at 11.07 Habeas Corpus Trial or Appoint Non-Bias Judicial Officer to [t]his case.

Wherefore, Premisses Considered WELDON BRIDGES prays that this Honorable Court will disqualify the 159th District Judge (Paul E. White), and appoint judicial Officer, to Dismiss Appellate Review or forward to the proper appellate court for docket, as required by law; "fiat Justia".

Signed 10-14-2015

Respectfully
Weldon Bridges
Relator
Pro se

3.

## Unsworn Declaration

I, Weldon Bridges T.D.C.J. No. 1585306, being presently incarcerated at the Nathaniel J. Neal Unit located in Potter County, Texas, declare under penality of perjury that the foregoing is true and correct. Executed on this 14th day of September, 2015.

*Weldon Bridges*

## Certificate of Service

This is to Certify that a true and correct copy of the foregoing Motion was hand delivered personally and mailed first class prepaid via TDCJ-Indigent Supply, to the Clerk-Reba Squyers, (2nd Admin. Judicial Region-Clerk) (Clerk of Crim. Court of Appeals) on 10-14-2015.

*Weldon Bridges*
WELDON BRIDGES
Pro se
Nathaniel J. Neal Unit
9055 Spur 591
Amarillo, Texas
79107

Note: Please waive the require no. of copies per: Tex. R. App. Proc. 4.3, due to indigent status.

4.